IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUANG DONG LIGHT HEADGEAR
FACTORY CO., LTD.,
      Plaintiff,

v.                Case No. 03-4165-JAR

ACI INTERNATIONAL, INC.,
      Defendant.

AND

ACI INTERNATIONAL, INC.,
      Counterclaim Plaintiff,

vs.

GUANG DONG LIGHT HEADGEAR
FACTOR CO., LTD.,
      Counterclaim Defendant,

AND

ALEX HE, and ATTA INTERNATIONAL, INC.,
      Additional Counterclaim
      Defendants.

## **SUPPLEMENTAL ORDER**

Pursuant to the uncontested oral motion made by counterclaim defendants ATTA International and Alex He during the October 2, 2006 telephone scheduling conference, and for good cause shown, counterclaim defendants ATTA International and Alex He shall have until October 16, 2006 to file an Answer or otherwise plead.  Accordingly,

IT IS THEREFORE ORDERED that ATTA International and Alex He's requested extension of up to and including October 16, 2006 to file an Answer or otherwise plead is granted.

IT IS SO ORDERED.

Dated this 4th day of October, 2006, at Topeka, Kansas.

                                       s. K. Gary Sebelius
                                       K. Gary Sebelius
                                       U.S. Magistrate Judge