UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

GUANG DONG LIGHT HEADGEAR
FACTORY CO., LTD.,
                        Plaintiff,

v.                                                                                          Case No. 03-4165-JAR

ACI INTERNATIONAL, INC.,

                        Defendant.

    AND

ACI INTERNATIONAL, INC.,

                        Counterclaim Plaintiff,

vs.

GUANG DONG LIGHT HEADGEAR
FACTOR CO., LTD.,

                        Counterclaim Defendant,

AND

ALEX HE, and ATTA INTERNATIONAL, INC.,

                        Additional Counterclaim
                        Defendants.

## **ORDER**

        The present motion comes before the court upon defendant ATT International, Inc.'s Motion for Protective Order Pursuant to Rule 26(C) (Doc. 159).  Defendant ATT International has contacted the court and informed that it wishes to withdraw the present motion.  Accordingly,

        IT IS THEREFORE ORDERED that defendant ATT International, Inc.'s Motion for Protective Order Pursuant to Rule 26(C) (Doc. 159) is denied as moot.

        IT IS SO ORDERED.

        Dated this  2d  day of May, 2007, in Topeka Kansas.

                                                                  s/ K. Gary Sebelius
                                                                 K. Gary Sebelius
                                                                 U.S. Magistrate Judge